USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                 :
ARK103 DOE,                                      :
                                                 :
                                Plaintiff,       :
                                                 :                     20-cv-1475 (VSB)
                       -against-                  :
                                                 :                     **ORDER**
NATIONAL BOY SCOUTS OF AMERICA   :
FOUNDATION et al.,                      :
                                                 :
                                  Defendants.   :
                                                 :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On December 16, 2020, Defendant the Boy Scouts of America submitted a notice indicating that the United States Bankruptcy Court for the District of Delaware had extended the termination date of the standstill period and the stay of proceedings in this action until March 19, 2021. (Doc. 9.) Accordingly, it is hereby:

       ORDERED that the parties shall submit a status update on or before April 2, 2021 indicating the status of proceedings in the United States Bankruptcy Court for the District of Delaware.

       SO ORDERED.

Dated:  March 26, 2021
           New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge