```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ARK103 DOE,                                                  :
                                                             :
                              Plaintiff,                     :
                                                             :          20-cv-1475 (VSB)
              -against-                                      :
                                                             :              ORDER
NATIONAL BOY SCOUTS OF AMERICA                               :
FOUNDATION et al.,                                           :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 1, 2021, Defendant the Boy Scouts of America submitted a notice indicating that the United States Bankruptcy Court for the District of Delaware had extended the termination date of the standstill period and the stay of proceedings in this action until July 19, 2021.  (Doc. 11.)  That date has passed, but I have not heard from the parties.  Accordingly, it is hereby:

ORDERED that the parties shall submit a status update on or before July 26, 2021 indicating the status of proceedings in the United States Bankruptcy Court for the District of Delaware.

IT IS FURTHER ORDERED that, moving forward, the parties are directed to submit status updates regarding the stay of any proceedings in this action on or before the day the operative stay deadline has lapsed.

SO ORDERED.

Dated:  July 22, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge