UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARK103 DOE,

                        Plaintiff,

        -against-

NATIONAL BOY SCOUTS OF AMERICA
FOUNDATION et al.,

                      Defendants.
------------------------------------------------------------X

20-CV-1475 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    On July 22, 2021, I issued an order that the parties shall submit a status update on or before July 26, 2021 indicating the status of proceedings in the United States Bankruptcy Court for the District of Delaware. (Doc. 12.) I also ordered the parties to submit status updates regarding the stay of any proceedings in this action on or before the day the operative stay deadline has lapsed. (*Id.*) On July 26, 2021, Defendant the Boy Scouts of America submitted a notice indicating that the United States Bankruptcy Court for the District of Delaware entered the Order Approving Fifth Stipulation, which extended the stay as to each action, up to and including the earlier of (a) the date of the first hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan, or (b) October 28, 2021. (Doc. 13, at 5.) October 28, 2021 has passed, but I have not heard from the parties.

    It is hereby ORDERED that the parties shall submit a status update on or before December 13, 2021 indicating the status of proceedings in the United States Bankruptcy Court for the District of Delaware.

    IT IS FURTHER ORDERED that the parties comply with my past order, (Doc. 12), and submit status updates regarding the stay of any proceedings in this action on or before the day

the operative stay deadline has lapsed.

SO ORDERED.

Dated: December 7, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge