UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                        :

ARK103 DOE,                         :

                     :

                 Plaintiff,    :

                     :          20-CV-1475 (VSB)

        -against-         :

                     :         **ORDER**

NATIONAL BOY SCOUTS OF AMERICA   :
FOUNDATION et al.,            :

                     :

              Defendants.  :

                     :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On December 7, 2021, I issued an order that the parties shall submit a status update on or before December 13, 2021, indicating the status of the proceedings in the United States Bankruptcy Court for the District of Delaware.  (Doc. 14.)  I also ordered the parties to submit status updates regarding the stay of any proceedings in this action on or before the day the operative stay deadline has lapsed.  (*Id.*)  On December 8, 2021, Defendant the Boy Scouts of America submitted a notice indicating that the United States Bankruptcy Court for the District of Delaware entered the Order Approving Sixth Stipulation, which extended the stay as to each action, up to and including the date of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan.  (Doc. 15.)  It is hereby:

ORDERED that the parties shall submit a status update on or before April 26, 2022, indicating the status of proceedings in the United States Bankruptcy Court for the District of Delaware.

IT IS FURTHER ORDERED that, as of now, the parties submit status updates every ninety (90) days as to the status of the bankruptcy proceedings and any relevant extensions of the actions.

SO ORDERED.

Dated:    April 19, 2022
          New York, New York

VERNON S. BRODERICK
United States District Judge