UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
ARK103 DOE,                                            :
                                                       :
                                   Plaintiff,          :
                                                       :              20-CV-1475 (VSB)
                        -against-                       :
                                                       :              **ORDER**
NATIONAL BOY SCOUTS OF AMERICA                         :
FOUNDATION et al.,                                     :
                                                       :
                                   Defendants.         :
                                                       :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On January 25, 2024, I issued an order directing the parties to submit a status update on or before June 14, 2024 regarding the underlying bankruptcy proceedings. To date, however, the parties have failed to file such an update. Accordingly, it is hereby

ORDERED that the parties shall file a status update by July 15, 2024.

SO ORDERED.

Dated:    July 9, 2024
          New York, New York

                                             _____
                                             VERNON S. BRODERICK
                                             United States District Judge