```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ARK103 DOE,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :       20-CV-1475 (VSB)
            -against-                                       :
                                                            :          **ORDER**
NATIONAL BOY SCOUTS OF AMERICA                              :
FOUNDATION, et al.,                                         :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Proceedings in the above-captioned case are currently stayed pending the resolution of underlying bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware. (*See* Docs. 16, 19.) The parties are hereby ORDERED to submit a joint status update by May 30, 2025, and every ninety days thereafter.

SO ORDERED.

Dated:    May 9, 2025
             New York, New York

                                                        _____
                                                        VERNON S. BRODERICK
                                                        United States District Judge