UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                          :

ARK103 DOE,                            :

                    Plaintiff,     :                            20-CV-1475 (VSB)

           -against-           :

                                            :                             **ORDER**

NATIONAL BOY SCOUTS OF AMERICA   :
FOUNDATION et al.,                    :

                                     :

                    Defendants.   :

                                     :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On May 9, 2025, I issued an order requiring that the parties file a status update by May 30, 2025 and every ninety days thereafter. (Doc. 30.) The parties last filed a status update on November 26, 2025. (Doc. 33.) A subsequent status update was due on February 24, 2026, but has not been filed. Therefore it is hereby ORDERED that the parties shall file a status update by March 20, 2026.

SO ORDERED.

Dated:     March 13, 2026
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge