UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                         :

ARK103 DOE,                                                 :

                     Plaintiff,        :

                         :                    20-CV-1475 (VSB)

          -against-                       :

                         :                    **ORDER**

NATIONAL BOY SCOUTS OF AMERICA          :
FOUNDATION et al.,                                      :

                         :

               Defendants.     :

                         :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On May 9, 2025, I issued an order requiring that the parties file a status update by May 30, 2025 and every ninety days thereafter. (Doc. 30.) The parties last filed a status update on November 26, 2025. (Doc. 33.) A subsequent status update was due on February 24, 2026. On March 13, 2026, I issued an order that the parties file a status update by March 20, 2026. (Doc. 34.) No such update has yet been filed. The parties are directed to file a status update by April 10, 2026 or this case will be dismissed without prejudice for failure to prosecute pursuant to Rule 41(b).

SO ORDERED.

Dated:     March 30, 2026
           New York, New York
                                    _____
                                    VERNON S. BRODERICK
                                    United States District Judge